IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON HOUSE                                                                                      PLAINTIFF

VS.                                           Civil No. 15-cv-6046

CASEY JACKSON; JASON JACKSON;
LARRY CAIN; and DAWAN MORGAN                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 20, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 36). Judge Bryant recommends that Defendant Dawan Morgan's Motion to Dismiss (ECF No. 32) be granted and that Plaintiff's Complaint against this separate Defendant (ECF No. 2) be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant Dawan Morgan's Motion to Dismiss (ECF No. 32) is hereby **GRANTED**, and Plaintiff's claims against Dawan Morgan are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against the remaining Defendants remain for resolution.

**IT IS SO ORDERED**, this 9th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge